FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 9 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID NIEVES,<br><br>      Petitioner,<br><br>   v.<br><br>RICHARD B. IVES,<br><br>      Respondent. | No. CV 13-3014-DOC (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed objections to the Report and Recommendation. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

1     IT IS THEREFORE ORDERED that Judgment be entered denying the
2 petition and dismissing this action with prejudice.

4 Dated:  January 8, 2014

*David O. Carter*
DAVID O. CARTER
United States District Judge