FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 9 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

JS-6 / ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DAVID NIEVES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RICHARD B. IVES,<br><br>　　　　Respondent. | No. CV 13-3014-DOC (DFM)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: January 8, 2014

_David O. Carter_
DAVID O. CARTER
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 9 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY